| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Caroline S. Kim, SBN 249190<br>Kim Law Group, P.C<br>3711 Long Beach Blvd., Ste. 710<br>Long Beach, CA 90807<br>Phone number (562) 988-5988<br>Facsimile number (562) 988-5994 | |
| ☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Sylvia Montoya | CASE NO.: 02:12-bk-47612-WB |
|---|---|
| | CHAPTER: 13 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: **APPLICATION OF CAROLINE S. KIM FOR ADDITIONAL COSTS AND LEGAL FEES** |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order on Application on Supplemental Fees

was lodged on *(date)* __03/11/2014__ and is attached. This order relates to the motion which is docket number 134.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3711 Long Beach Blvd., Ste. 710
Long Beach, CA 90807

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__03/11/2014___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee, Kathy Dockery: efiling@CH13LA.com
US Trustee, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) __03/11/2014___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Julia W. Brand                    Debtor: Sylvia Montoya
255 E Temple Street, Ste. 1382          9431 Sunglow St.
Los Angeles, CA 90012                   Pico Rivera, CA 90660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/11/2014 | Denise Sanchez | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                     F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Caroline S. Kim, SBN 249190<br>Kim Law Group, P.C<br>3711 Long Beach Blvd., Ste. 710<br>Long Beach, CA 90807<br>Phone number (562) 988-5988<br>Fax number (562) 988-5994<br><br><br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –_Los Angeles_ DIVISION**

| In re:<br><br>Sylvia Montoya<br><br><br><br><br><br>Debtor(s). | CASE NO.: 02:12-bk-47612-WB<br><br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>[No Hearing Required] |
| --- | --- |

Based on the Application for Supplemental Fees (Application) filed on (*date*) 02/21/2014 as docket entry number 134 the court orders as follows:

☒    that the sum of $670.00 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $670.00, from the estate of the Debtor as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐    that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

### ###

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.