| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Caroline S. Kim, SBN 249190<br>Kim Law Group, P.C<br>3711 Long Beach Blvd., Ste. 710<br>Long Beach, CA 90807<br>Phone number (562) 988-5988<br>Fax number (562) 988-5994<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 12 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** beaucham **DEPUTY CLERK** |
|---|---|//
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA –** *Los Angeles* **DIVISION** |
| In re:<br><br>Sylvia Montoya<br><br><br><br><br><br>Debtor(s). | CASE NO.: 02:12-bk-47612-WB<br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>[No Hearing Required] |

Based on the Application for Supplemental Fees (Application) filed on (*date*) 02/21/2014 as docket entry number 134 the court orders as follows:

☒ that the sum of $670.00 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $670.00, from the estate of the Debtor as funds permit.

☐ that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 1      **F 3015-1.12.ORDER.CH13.FEES**

☐ that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

###

Date: March 12, 2014

*signature: Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 2  **F 3015-1.12.ORDER.CH13.FEES**